IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:22-mj-00225 |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| FRANK SHANNON ALLEN, | : | |
| Defendant. | : | |

## OPINION & ORDER

This case came before the Court on the Government's Motion for Pretrial Detention ("Motion," Doc. No. 3), which seeks to detain the Defendant without bond pending trial under the Bail Reform Act of 1984, 18 U.S.C. § 3142. After receiving and reviewing the report and recommendations of the assigned Pretrial Services Officer, the Court held a detention hearing. At the hearing, counsel for both parties concurred with the recommendation of Pretrial Services to release Defendant on certain conditions. The Court finds that the conditions identified by Pretrial Services will reasonably assure the Defendant's appearance as required by the Court and, further, will reasonably assure the safety of other persons and the community. Therefore, the Motion is DENIED.

    **IT IS SO ORDERED.**

                                                 */s/ Caroline H. Gentry*
                                                 Caroline H. Gentry
                                                 United States Magistrate Judge